253 So.2d 63

**STATE of Louisiana ex rel.
Leon Calvin ROBBINS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 51802.**

Oct. 13, 1971.

In re: Leon Calvin Robbins, applying for writs of habeas corpus, mandamus and certiorari.

Writ denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

253 So.2d 63

**STATE of Louisiana ex rel.
Johnnie Lee HILL**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51812.**

Oct. 13, 1971.

In re: Johnnie Lee Hill, applying for writ of habeas corpus.

Writ denied. The indictment and statute are valid and constitutional.

253 So.2d 63

**STATE of Louisiana ex rel.
Albert REED**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51810.**

Oct. 13, 1971.

In re: Albert Reed applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Writ denied. The showing made does not warrant the relief prayed for.